IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01149-WYD-BNB

C. ELI-JAH HAKEEM MUHAMMAD, a.k.a. CHRISTOPHER MITCHELL,

    Applicant,

v.

R. WILEY, FCC/ADX Warden,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    At issue are the two motions Applicant filed requesting an extension of time to reply to Respondent's Answer in the instant action. Both motions, (Doc. Nos. 15 and 16), are DENIED as moot. Applicant filed a Response to Respondent's Answer on December 12, 2008. The Court will consider the Response in determining the merits of Applicant's claims.

Dated: February 17, 2009

A Copy of this Minute Order mailed on February 17, 2009, to the following:

                                          Secretary/Deputy Clerk