IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01149-WYD

C. ELI-JAH HAKEEM MUHAMMAD,  a.k.a. CHRISTOPHER MITCHELL,

Applicant,

v.

R. WILEY, FCC/ADX Warden,

Respondent.

_____

ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

_____

Applicant has submitted a Notice of Appeal.  Applicant previously was allowed to proceed

*in forma pauperis* pursuant to 28 U.S.C. § 1915 in this court in this action.  The court has

examined the file and has determined that leave to proceed *in forma pauperis* on appeal must

be denied.  Pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure, the court finds

that this appeal is not taken in good faith because applicant has not shown the existence of a

reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal.

Accordingly, it is

ORDERED that leave to proceed *in forma pauperis* on appeal is **DENIED** because this

appeal is not taken in good faith.

Dated:  September 11, 2009

BY THE COURT:


s/ Wiley Y. Daniel_____
Wiley Y. Daniel
Chief United States District Judge